BRUCKNER LAW FIRM, APC
William L. Bruckner SBN 132677
Thomas M. Regan SBN 292430
4550 Kearny Villa Road, Suite 209
San Diego, California 92123
Telephone: 858-565-8300
Facsimile:  858-565-0813

Attorneys for Allen Engineering Contractor, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALLEN ENGINEERING CONTRACTOR, INC., | Case No.: 5:13-CV-01774-JGB-SP |
| Plaintiff, | Judge: Jesus G. Bernal |
| vs. | |
| ERIC CAMPBELL, et al. | ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT BY CLERK |
| Defendant(s) | |

**ORDER**

THIS MATTER came before the Court on Plaintiff ALLEN ENGINEERING CONTRACTOR, INC.'s Application for Default Judgment By Clerk.  Being fully advised on the premises, the Court finds that good cause is shown and the Application is GRANTED.

A Default Judgment is entered against Defendant Eric Campbell in the amount of $401,752.70.

///

Dated: June __10__, 2015

_Margo Mead_
Deputy Clerk

1

ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT BY CLERK